**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**HENRY FAMBROUGH AND
SPINNERS PERFORMING ARTS, INC. D/B/A "THE SPINNERS"**     **PLAINTIFFS**

**VS**                                                    **CIVIL ACTION NO.:5:13cv46DCB-MTP**

**G.C. CAMERON, INDIVIDUALLY
NATCHEZ CASINO OpCo, LLC, D/B/A MAGNOLIA BLUFFS CASINO;
CASINO HOLDING INVESTMENT PARTNERS, LLC;
PREMIER GAMING GROUP, INC.; L & G PRODUCTIONS,
LINDA DIXON A/K/A LADY L, INDIVIDUALLY
AND THOSE JOHN DOES 1 THROUGH 10**                       **DEFENDANTS**

**AGREED ORDER OF DISMISSAL OF ALL CLAIMS**

Having been advised that the parties have resolved their differences and jointly seek entry of an order dismissing the instant civil action, including all claims and cross-claims, the Court herewith orders as follows:

1.   The instant civil action, including all claims and cross-claims is herewith dismissed with prejudice.

2.   Each party shall bear its own costs and neither party shall be responsible to the other.

3.   The Court shall retain jurisdiction for enforcement of the settlement agreements reached herein.

SO ORDERED, this the 13th day of December, 2013.

{JX079287.1}1

                                          <u>s/David Bramlette</u>
                                          UNITED STATES DISTRICT JUDGE

**Prepared and Presented By**:

<u>*/s/ Lindsay C. Thomas*</u>
W. Whitaker Rayner (MS Bar No. 4666)
wrayner@joneswalker.com
Lindsay C. Thomas (MS Bar No. 102873)
lindsaythomas@joneswalker.com
*Counsel for Natchez OpCo, LLC d/b/a Magnolia Bluffs Casino, Casino Holding Investments Partners, LLC and Premier Gaming Group, Inc.*

**Agreed To By:**

<u>*/s/ Robert W. Moak*</u>
Robert W. Moak
boak@locnet.net
*Counsel for G.C. Cameron, Individually and L&G Productions*

**Agreed To By:**

<u>*/s/ Paul Mathis, Jr.*</u>
Paul Mathis, Jr.
paulmathis@bellsouth.net
*Counsel for Plaintiffs*